# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 19-50682
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
June 10, 2020

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

CHRISTOPHER DAVID MAYHALL,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:19-CR-27-1

Before WIENER, HAYNES, and COSTA, Circuit Judges.

PER CURIAM:*

Christopher David Mayhall appeals his guilty plea conviction for attempted production of child pornography. He argues that trial counsel labored under a conflict of interests. The record is not sufficiently developed to allow us to make a fair evaluation of Mayhall's claim of ineffective assistance of counsel; we therefore decline to consider the claim without prejudice to

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 19-50682

collateral review.  *See United States v. Higdon*, 832 F.2d 312, 313-14 (5th Cir. 1987).  The judgment of the district court is AFFIRMED.